**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA
NORTHWESTERN DIVISION**

| | | |
|---|---|---|
| Select Energy Services, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | **ORDER** |
| | ) | |
| vs. | ) | |
| | ) | |
| Halo Holdings Group, LLLP, | ) | Case No. 4:14-cv-140 |
| | ) | |
| Defendant. | ) | |

On June 24, 2015, the court issued an order that: (1) granted plaintiffs' Motion to Compel Post-Judgment Discovery; (2) instructed plaintiff to effectuate proper service of the court's order granting the Motion to Compel Post-Judgment Discovery on defendant; and (3) advised defendant that it would have 20 days upon service of the order to show cause why it not be required to pay the costs and attorney's fees in incurred by plaintiff in the preparation and filing of its Motion to Compel Post-Judgment Discovery.

Plaintiff shall submit a report to the court by October 23, 2015, that provides the court with an update on the status of post-judgment discovery along with proof of service of the court's June 24, 2015, order on defendant. Upon receipt of this report, the court shall address plaintiffs' pending request for attorneys fees that it filed in conjunction with its Motion to Compel Post-Judgment Discovery.

**IT IS SO ORDERED.**

Dated this 16th day of October, 2015.

*/s/ Charles S. Miller, Jr.*
Charles S. Miller, Jr., Magistrate Judge
United States District Court